**CLOSED**

**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| CHEVRA KADISHA OF BOBOV, INC., | ) | |
| | ) | Civ. Docket No:06-5473 |
| | ) | |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | Date: September 21, 2007 |
| | ) | |
| WASHINGTON CEMETERY | ) | |
| MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CONGREGATION OF SHAAREI ZION | ) | |
| D'BOBOV, et al., | ) | |
| | ) | |
| Intervenors. | ) | |
| | ) | |

## HOCHBERG, District Judge:

A joint status report concerning the status of Defendant Washington Cemetery

Management Corporation's ("Washington Cemetery") counterclaim having been submitted to

this Court on September 19, 2007 pursuant to the Court's September 4, 2007 order; and

it appearing that all issues in this case except Defendant Washington Cemetery's

counterclaim were resolved by the Court's August 21, 2007 order; and

it appearing that both parties agree that "the central issues underlying the

counterclaim...may be more easily resolved once clarification is obtained from the [New Jersey]

Cemetery Board...." (See Joint Status Report at 1); and

it appearing that both parties expect such clarification to occur in November,

2008; and

it appearing that both parties have requested that Defendant Washington

Cemetery's counterclaim be stayed pending the Cemetery Board's determination;

**IT IS** on this 20th day of September, 2007,

**ORDERED** that Defendant Washington Cemetery's counterclaim is hereby

stayed; and it is further

**ORDERED** that this matter shall be administratively terminated and that the

Clerk of the Court shall close the file; and it is further

**ORDERED** that, if the parties are unable to reach accommodation on Defendant

Washington Cemetery's counterclaim following the issuance of the New Jersey Cemetery

Board's clarification, either party may return to this Court by filing a Motion to Reopen this

action within 30 days of the Cemetery Board's clarification on the relevant issue.

/s/ Faith S. Hochberg

**Hon. Faith S. Hochberg, U.S.D.J.**